IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA STOCKTON                                                                           PLAINTIFF

v.                               Case No. 4:17-cv-00782-KGB

TIM RYALS, *et al.*,                                                                     DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this the 25th day of March, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge